UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

BILLY RAY IRICK, )
)
    *Petitioner,* )
v. ) No. 3:98-cv-666
) *Collier/Powers*
RICKY BELL, WARDEN, Riverbend )
Maximum Security Institution )
)
    *Respondent.* )

DEATH PENALTY CASE

## ORDER

This case is before the Court on the motion of Billy Ray Irick ("Irick") to extend the stay of execution (Court File No. 148), motion to alter or amend judgment pursuant to FED. R. CIV. P. 59 (Court File No. 149), application for certificate of appealability (Court File No. 150), motion to proceed *in forma pauperis* on appeal (Court File No. 151), and the respondent's response in opposition (Court File No. 152). On March 30, 2001, the Court entered a memorandum opinion and order (Court File No. 146 & 147) granting the respondent's motion for summary judgment, and dismissing Irick's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254.

After careful review, the Court concludes Irick has failed to present any additional information which justifies reconsideration and an order altering or amending judgment. For the reasons expressed in the Court's March 30, 2001, memorandum opinion (Court File No. 146) the motion to alter or amend (Court File No. 149) is **DENIED**.

The motion to extend the stay of execution (Court File No. 148) is **GRANTED** to the extent that the stay of execution previously entered in this matter **SHALL REMAIN IN EFFECT** for forty-five (45) days after the date of entry of this Order, pending the filing of a notice of appeal

which, to be timely, must be filed within thirty (30) days. FED. R. APP. P. 4(a).

The application for certificate of appealability (Court File No. 150) and the motion to proceed *in forma pauperis* on appeal (Court File No. 151) are **DENIED** for the reasons expressed in the Court's March 30, 2001, memorandum opinion (Court File No. 146).

Accordingly, it is hereby **ORDERED** that Irick's motion to extend the stay (Court File No. 148) is **GRANTED**. It is further **ORDERED** that the motion alter or amend judgment (Court File No. 149), application for certificate of appealability (Court File No. 150), and motion to proceed *in forma pauperis* on appeal (Court File No. 151) are **DENIED.**

**SO ORDERED.**

**ENTER:**

/s/ Curtis L. Collier

CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE