## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 02, 2015

Ms. Debra Poplin
Eastern District of Tennessee at Knoxville
800 Market Street
Suite 130 Howard H. Baker, Jr. U.S. Courthouse
Knoxville, TN 37902-0000

Re: Case No. 14-6407/14-6394, *Billy Irick v. Wayne Carpenter*
Originating Case No. : 3:98-cv-00666

Dear Ms. Poplin:

  Enclosed is a copy of the mandate filed in this case.

                              Sincerely yours,

                              s/Patricia J. Elder
                              Senior Case Manager

cc:  Mr. James E. Gaylord
     Mr. William Jackson Rieder
     Mr. C. Eugene Shiles
     Ms. Jennifer Lynn Smith

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 14-6407/14-6394

_____

Filed: July 02, 2015

BILLY R. IRICK

    Petitioner - Appellant

v.

WAYNE CARPENTER, Warden

    Respondent - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 05/05/2015 the mandate for this case hereby issues today.

COSTS: None